ATTAWAY McKINNON, *Plaintiff in Error*, v. AMOS E. LEWIS *et al., Defendants in Error.*

Opinion Filed June 22, 1916.

Where the transcript of the record fails to show any final judgment, a writ of error purporting to be directed to such judgment will be dismissed by the appellate court *ex proprio motu.*

Writ of Error to Circuit Court, Jackson County; D. J. Jones, Judge, *Pro Hac Vice.*

Writ of Error dismissed.

*D. L. McKinnon,* for Plaintiff in Error;

*Will H. Price,* for Defendants in Error.

PER CURIAM.—Attaway McKinnon instituted an action of ejectment against Amos E. Lewis and I. A. Mumpford. The declaration is in the usual statutory

form, the defendant, Amos E. Lewis, filed a plea of not guilty. Just what proceedings were had in this case we are not advised. While a writ of error was sued out by Attaway McKinnon to a judgment said to have been rendered therein, upon a careful examination of the transcript of the record, the only judgment which is set forth therein is a money judgment which purports to have been rendered in favor of the plaintiff in an action of assumpsit instituted by Attaway McKinnon against William Augustus Lewis and Edward Clay Lewis, co-partners under the firm name and style of W. A. & E. C. Lewis, which cannot be considered a judgment in the instant case.

The transcript failing to show any final judgment having been rendered in the action, there is nothing to support the writ of error and it must be dismissed.

All concur, except COCKRELL, J., absent.